**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aster Hardwoods, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0927828** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**206 22nd Street**<br>**Bellaire, OH 43906**<br>Number, Street, City, State & ZIP Code<br><br>**Belmont**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Wesbanco Bank**<br>**Operating account Wheeling, WV 26003**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.asterhardwoodsgov.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2024**
             MM / DD / YYYY

**X** */s/ Michael Winland*                  **Michael Winland**
   Signature of authorized representative of debtor        Printed name

Title    **President/Owner**

**18. Signature of attorney**

**X** */s/ Kelly Gene Kotur*            Date   **March 13, 2024**
   Signature of attorney for debtor                  MM / DD / YYYY

**Kelly Gene Kotur 11249**
Printed name

**Davis & Kotur Law Office Co. LPA**
Firm name

**407-A Howard Street**
**Bridgeport, OH 43912**
Number, Street, City, State & ZIP Code

Contact phone   **(740) 635-1217**      Email address   **kellykotur@davisandkotur.com**

**11249 WV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Aster Hardwoods, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 13, 2024**          X */s/ Michael Winland*
                                          Signature of individual signing on behalf of debtor

                                          **Michael Winland**
                                          Printed name

                                          **President/Owner**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Aster Hardwoods, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Auto-Owners Insurance 6101 Anacapri Blvd. Lansing, MI 48917** | | **Account** | | | | **$36,631.00** |
| **Brickstreet Mutual Insurance Company c/o Jenkins Fenstermaker, PLLC PO Box 2688 Huntington, WV 25726-2688** | | **Lawsuit Case No. 24-C-175** | | | | **$243,348.00** |
| **CIT Bank P.O. Box 7056 Pasadena, CA 91109-9699** | | **2019 John Deere Skidder 648L2 Serial/VIN 1DW648LBCKF702512** | | **$256,794.40** | **$190,000.00** | **$66,794.40** |
| **Dinsmore and Shohl, LLP Attn: Jennifer Mason 1033 Court Street N Lewisburg, WV 24901** | | **Account Balance** | | | | **$37,576.13** |
| **First Citizens Bank & Trust Co. 10201 Centurion Parkway N. Jacksonville, FL 32256** | | **Doosan DX 225 LC Serial DHKCEBBULH0008491 and Robotec Power Rake with Saw RPA3045R43** | | **$200,000.00** | **$150,000.00** | **$50,000.00** |
| **Hart Fueling 16 Crozerville Rd. Aston, PA 19014** | | **Account Balance** | | | | **$17,346.93** |

Debtor   **Aster Hardwoods, LLC**                                    Case number *(if known)* _____

     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Howard and JoAnn Schupbach c/o Eric M. Gordon 514 Seventh Street Moundsville, WV 26041** | | **Lawsuit Wetzel County, WV** | **Unliquidated Disputed** | | | **$30,000.00** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **941 returns 1st quarter 2023 3rd quarter 2022 4th quarter 2022 4th quarter 2018** | | | | **$163,015.92** |
| **Jesse Lombardi c/o Bordas and Bordas, PLLC 1358 National Road Wheeling, WV 26003** | | **Settlement** | | | | **$37,500.00** |
| **John Deere Financial PO Box 6600 Johnston, IA 50131-6600** | | **John Deere 210GLC Excavator Base (Serial 1FF210GXCKF528 056) and Robotec Grapple Saw with Rotato Serial 16018711** | | **$287,408.71** | **$150,000.00** | **$137,408.71** |
| **John Deere Financial PO Box 6600 Johnston, IA 50131-6600** | | **Credit Line** | | | | **$32,873.07** |
| **John Deere Financial PO Box 6600 Johnston, IA 50131-6600** | | **Credit Line** | | | | **$15,641.45** |
| **LG Funding 1218 Union Street Brooklyn, NY 11225** | | | | | | **$87,703.00** |
| **Meadowbrook Landfill 488 Dawson Dr Bridgeport, WV 26330** | | **Account Balance** | | | | **$25,208.88** |
| **Mitsubishi HC Capital 800 Connecticut Ave. Norwalk, CT 06854** | | **2002 International VIN ending 0128** | | **$134,178.57** | **$30,000.00** | **$104,178.57** |

Debtor  **Aster Hardwoods, LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Workers' Compensation Board P.O. Box 5529 13902-5529** | | **Workers' Comp taxes** | **Disputed** | | | **$22,295.33** |
| **Ohio Department of Job & Family Services PO Box 182404 Columbus, OH 43218** | | **Unemployment taxes owed** | | | | **$11,223.60** |
| **Perry & Associates, CPAs 128 S Marietta St, Saint Clairsville, OH 43950** | | **Account Balance** | | | | **$34,110.00** |
| **Rinker Oil and Propane 29 Water St Cuba, NY 14727** | | **Account Balance** | | | | **$26,455.81** |
| **U.S. Bank P.O. Box 108 Saint Louis, MO 63166** | | **2018 Doosan DX225LC-5 Serial DHKCEBBULH000 1729** | | **$275,056.71** | **$150,000.00** | **$125,056.71** |

Fill in this information to identify the case:

Debtor name   **Aster Hardwoods, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $    1,490.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $    6,830,928.28

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $    6,832,418.28

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    3,168,552.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    200,069.49

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    670,678.19

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b      $    4,039,300.59

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Aster Hardwoods, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wesbanco** | **Checking** | 7133 | $0.00 |
| 3.2. | **Main Street Bank** | **Checking** | | $5,714.20 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $5,714.20

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor **Aster Hardwoods, LLC**      Case number *(If known)* _____
   Name

| 11a. 90 days old or less: | 225,000.00 | - | 0.00 | =.... | $225,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 494,708.08 | - | 0.00 | =.... | $494,708.08 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $719,708.08 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>**Fuel - valued around $10,000.00 when totally filled; currently filled as of March 11, 2024** | | $0.00 | **Replacement** | $10,000.00 |
| 20. **Work in progress**<br>**Contracts in process Gross value of $1.6 million - will be paid out in next 6 months** | | $0.00 | **Revenue based** | $1,616,000.00 |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| 23. | **Total of Part 5.** | | $1,626,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor  **Aster Hardwoods, LLC**                                          Case number *(If known)* _____
      Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Desks, chairs | **$0.00** | Liquidation | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers, Printer | **$0.00** | Liquidation | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | | | **$2,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2021 Ram 3500 (Vin #627150) | **$0.00** | | **$50,000.00** |

Debtor    **Aster Hardwoods, LLC**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.2. | **2020 International (VIN 3HSDPAPT1LN123070)** | $0.00 | $125,000.00 |
| 47.3. | **2020 International (Vin#125669)** | $0.00 | $126,000.00 |
| 47.4. | **2019 American Utitity Trailer (Vin#012522)** | $0.00 | $1,000.00 |
| 47.5. | **2019 Carry On Trailer (Vin#022333)** | $0.00 | $1,000.00 |
| 47.6. | **2018 Big Tex Dump Trailer (Vin#015266)** | $0.00 | $2,500.00 |
| 47.7. | **2018 Felling FT 24-2 Trailer (Vin#005772)** | $0.00 | $1,000.00 |
| 47.8. | **2018 Sure-Trac Trailer (Vin#21445)** | $0.00 | $1,000.00 |
| 47.9. | **2018 Commercial Truck (Vin#170817)** | $0.00 | $15,000.00 |
| 47.10. | **2018 Big Tex Commercial Trailer (Vin#018263)** | $0.00 | $2,500.00 |
| 47.11. | **2018 Prles Peerls Trailer (Vin#61572)** | $0.00 | $40,000.00 |
| 47.12. | **2018 Honda Pioneer (Vin#202587)** | $0.00 | $10,000.00 |
| 47.13. | **2018 Big Tex Dump Trailer (Vin#009193)** | $0.00 | $2,500.00 |
| 47.14. | **2017 Eager Beaver Flatbed (Vin#081801)** | $0.00 | $50,000.00 |
| 47.15. | **2017 Ram 5500 (Vin#744052)** | $0.00 | $35,000.00 |
| 47.16. | **2017 Carry On Trailer (Vin#046428)** | $0.00 | $1,000.00 |
| 47.17. | **2017 Carry On Trailer (Vin#036392)** | $0.00 | $1,000.00 |
| 47.18. | **2017 Carry On Trailer (Vin#027836)** | $0.00 | $1,000.00 |
| 47.19. | **2016 Karavan Trailer (Vin#528634)** | $0.00 | $3,000.00 |

Debtor   **Aster Hardwoods, LLC**                                    Case number *(If known)*
                Name

| 47.20. | **2016 Jeep Wrangler (Vin#179641)** | $0.00 | | $10,000.00 |
| 47.21. | **2016 Ram 5500 (Vin#238545)** | $0.00 | | $30,000.00 |
| 47.22. | **2016 Honda Pioneer (Vin#002651)** | $0.00 | | $10,000.00 |
| 47.23. | **2016 Honda Pioneer (Vin#004527)** | $0.00 | | $10,000.00 |
| 47.24. | **2015 Big Tex Trailer (Vin#099179)** | $0.00 | | $2,500.00 |
| 47.25. | **2015 Ram 3500 (Vin#68908)** | $0.00 | | $20,000.00 |
| 47.26. | **2015 Big Tex Trailer (Vin#074774)** | $0.00 | | $2,500.00 |
| 47.27. | **2015 Big Tex Trailer (Vin#074884)** | $0.00 | | $2,500.00 |
| 47.28. | **2015 Fin Straw Blower (Vin#135181)** | $0.00 | | $5,000.00 |
| 47.29. | **2014 Ram 3500 (Vin#286226)** | $0.00 | | $10,000.00 |
| 47.30. | **2014 Kauf (Vin#003457)** | $0.00 | | $5,000.00 |
| 47.31. | **2013 Karavan Trailer (Vin#645076)** | $0.00 | | $2,500.00 |
| 47.32. | **2011 Carry On Trailer (Vin#020855)** | $0.00 | | $1,000.00 |
| 47.33. | **2011 Mack Truck (Vin#012554)** | $0.00 | | $20,000.00 |
| 47.34. | **2007 Carry On Trailer (Vin#141074)** | $0.00 | | $1,000.00 |
| 47.35. | **2006 Perl Peerless ((Vin#45620)** | $0.00 | | $50,000.00 |
| 47.36. | **2005 GMC C7500 Truck (Vin#533285)** | $0.00 | | $5,000.00 |

Debtor   **Aster Hardwoods, LLC**
　　　　　 Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| 47.37. | **2005 Model 250 Brush Bandit Portable (Vin#020344)** | $0.00 | $25,000.00 |
| 47.38. | **2004 Freightliner (Vin#18642)** | $0.00 | $5,000.00 |
| 47.39. | **2003 Haulmark Trailer (Vin#110158)** | $0.00 | $1,500.00 |
| 47.40. | **2002 Benson Chip Trailer (Vin#000434)** | $0.00 | $20,000.00 |
| 47.41. | **2000 Pearl Comm Trailer (Vin#29516)** | $0.00 | $20,000.00 |
| 47.42. | **1999 Mack Trailer (Vin#002455)** | $0.00 | $30,000.00 |
| 47.43. | **1998 Proline Trailer (Vin#000004)** | $0.00 | $2,500.00 |
| 47.44. | **1996 International Trailer (Vin#ORM225)** | $0.00 | $10,000.00 |
| 47.45. | **1994 Pitts Trailer (Vin#321526)** | $0.00 | $10,000.00 |
| 47.46. | **1991 Kovatch Fire Truck (Vin#058400)** | $0.00 | $5,000.00 |
| 47.47. | **1990 Pierce Truck (Vin#000674)** | $0.00 | $5,000.00 |
| 47.48. | **1988 Pitts Trailer (Vin#485044)** | $0.00 | $10,000.00 |
| 47.49. | **1987 Hobbs Trailer (Vin#018923)** | $0.00 | $5,000.00 |
| 47.50. | **1985 Trao Trailer (Vin#026279)** | $0.00 | $1,000.00 |
| 47.51. | **1983 Commercial Trailer (Vin#001109)** | $0.00 | $1,000.00 |
| 47.52. | **1979 True Fruehaul Trailer (Vin#970807)** | $0.00 | $1,000.00 |
| 47.53. | **1979 Commercial Trailer (Vin#79232)** | $0.00 | $1,000.00 |

Debtor   **Aster Hardwoods, LLC**                                          Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| 47.54. | **1979 John Trailer (Vin#79231)** | $0.00 | $10,000.00 |
| 47.55. | **John Deere 550K Crawler Dozer (Serial No. 1T0550KKEGF306153) - voluntary repossession to Wesbanco** | $0.00 | $50,000.00 |
| 47.56. | **John Deere 210GLC Excavator Base (Serial 1FF210GXCKF528056)** | $0.00 | $150,000.00 |
| 47.57. | **John Deere 748H Grapple Skidder (Serial No. DW748HX614721)** | $0.00 | $50,000.00 |
| 47.58. | **2018 Doosan DX225LC-5 Serial DHKCEBBULH0001729** | $0.00 | $150,000.00 |
| 47.59. | **Doosan DX 225 LC Serial DHKCEBBULH0008491** | $0.00 | $150,000.00 |
| 47.60. | **2019 John Deere Skidder 648L2 Serial/VIN 1DW648LBCKF702512** | $0.00 | $190,000.00 |
| 47.61. | **Robotec Grapple Saw with Rotato Serial 16018711** | $0.00 | $190,000.00 |
| 47.62. | **John Deere Loader ((48422)** | $0.00 | $1,000.00 |
| 47.63. | **John Deere Mower Deck (50028)** | $0.00 | $1,000.00 |
| 47.64. | **John Deere Farm Loader (13177)** | $0.00 | $1,000.00 |
| 47.65. | **John Deere Rotary and Flat Cut (63145)** | $0.00 | $5,000.00 |
| 47.66. | **John Deere Skidder (542495)** | $0.00 | $25,000.00 |
| 47.67. | **Kobelco Track Hoe (01020)** | $0.00 | $10,000.00 |
| 47.68. | **Timberjack Tract Fel (008039)** | $0.00 | $50,000.00 |
| 47.69. | **Grinder (11598)** | $0.00 | $50,000.00 |

Debtor   **Aster Hardwoods, LLC**
_____   Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 47.70. | **John Deere Compact Track Loader (83264)** | $0.00 | $25,000.00 |
| 47.71. | **Robobec Grapple (112062-5-1)** | $0.00 | $25,000.00 |
| 47.72. | **John Deere Excavator (513876)** | $0.00 | $100,000.00 |
| 47.73. | **Finn Trailer - Mounted Bark** | $0.00 | $10,000.00 |
| 47.74. | **John Deere Excavator (522516)** | $0.00 | $100,000.00 |
| 47.75. | **John Deere Skidder (664090)** | $0.00 | $40,000.00 |
| 47.76. | **John Deere Excavator (522026)** | $0.00 | $100,000.00 |
| 47.77. | **John Deere Tree Harvestor (268268)** | $0.00 | $100,000.00 |
| 47.78. | **John Deere Wheel Loader (642349)** | $0.00 | $25,000.00 |
| 47.79. | **Honda UTV (002396)** | $0.00 | $10,000.00 |
| 47.80. | **John Deere Mulcher (000160)** | $0.00 | $10,000.00 |
| 47.81. | **Virmig Sweep/Rotary Broom (109052)** | $0.00 | $2,500.00 |
| 47.82. | **Bradco Tree Cutter - StumpG (355842)** | $0.00 | $2,500.00 |
| 47.83. | **Blue Diamond Attaachm Spreader (37374)** | $0.00 | $1,000.00 |
| 47.84. | **Bandit Industries Whole Tree Chipper (505413)** | $0.00 | $100,000.00 |
| 47.85. | **IHI 1070 Tract Carrier (CA00129)** | $0.00 | $30,000.00 |
| 47.86. | **John Deere 210GLC Excavator (522047)** | $0.00 | $150,000.00 |

Debtor      **Aster Hardwoods, LLC**                                    Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 47.87. | **Robotec RPA4570RH Power Grap (132470-1-1)** | $0.00 | $150,000.00 |
| 47.88. | **John Deere Crawl Tractor (849845)** | $0.00 | $50,000.00 |
| 47.89. | **John Deere Traced Feller Bunch (272281)** | $0.00 | $400,000.00 |
| 47.90. | **John Deere Excavator (511535)** | $0.00 | $125,000.00 |
| 47.91. | **John Deere Excavator (809380)** | $0.00 | $125,000.00 |
| 47.92. | **Prentice Log Loader (57758)** | $0.00 | $30,000.00 |
| 47.93. | **Bandit Truck Chipper (1095)** | $0.00 | $25,000.00 |
| 47.94. | **Morbark Track Chipper (478-1259)** | $0.00 | $25,000.00 |
| 47.95. | **Rotato Grapple Saw (160187-1-1)** | $0.00 | $10,000.00 |
| 47.96. | **John Deere Arch Grapple Skidder (591878)** | $0.00 | $25,000.00 |
| 47.97. | **Prentice/John Deere Knuckleboom Loader** | $0.00 | $25,000.00 |
| 47.98. | **2002 International VIN ending 0128** | $0.00 | $30,000.00 |
| 47.99. | **2022 Ram 2500** | $0.00 | $50,000.00 |
| 47.100. | **2002 International (Vin#039052)** | $0.00 | $20,000.00 |
| 47.101. | **2002 International (Vin#044824)** | $0.00   Liquidation | $5,000.00 |
| 47.102. | **2020 Dodge Ram 2500** | $0.00 | $50,000.00 |
| 47.103. | **2020 Dodge Ram 2500** | $0.00 | $40,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 9

Debtor    **Aster Hardwoods, LLC**_____    Case number *(If known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| 47.10 4. | **Doosan DX 225 LC Series and Robotec Power Rake with Saw** | **$0.00** | | **$170,000.00** |
| 47.10 5. | **2019 John Deere Skidder (Vin#702512)** | **$0.00** | | **$170,000.00** |
| 47.10 6. | **2018 Doosan DX225LC-5 Series** | **$0.00** | | **$170,000.00** |
| 47.10 7. | **John Deere 650K Crawler Dozer VIN 0T0650KKVMF406747 With log arch** | **$0.00** | | **$60,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                                   | **$4,477,500.00** |

       Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **0.111 Acres in Mead Township** | **Fee simple** | **$0.00** | **Tax records** | **$1,360.00** |
| 55.2. **Inlot 127 0.344 Acres land locked** | **Fee simple** | **$0.00** | **Tax records** | **$130.00** |

Debtor **Aster Hardwoods, LLC**                                       Case number *(If known)* _____
           Name

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$1,490.00** |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **www.asterhardwoodsgov.com** | **$0.00** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** **Asbestos Removal License** | **$0.00** | | **$1.00** |
| **Asbestos Certification** | **$0.00** | | **$1.00** |
| **WV Contractors License** | **$0.00** | | **$1.00** |
| **Building Inspectors License** | **$0.00** | | **$1.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | **$5.00** |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

Debtor   **Aster Hardwoods, LLC**_____   Case number *(If known)*_____
               Name

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| | |

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Aster Hardwoods, LLC v. Trumbull Corporation**
    **SDOH, Eastern Division**                                                      **Unknown**
    Nature of claim        **Breach of Contract**
    Amount requested             **$494,708.08**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Oil and gas lesae with Gulfport Appalachia**                                **$1.00**

78. **Total of Part 11.**                                                          **$1.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Aster Hardwoods, LLC**
_____     Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,714.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $719,708.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,626,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,477,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $1,490.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,830,928.28 | + 91b. $1,490.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,832,418.28 |

---

| | |
|---|---|
| Debtor name | **Aster Hardwoods, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | **Ally Financial** | Describe debtor's property that is subject to a lien | **$37,165.79** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380901
Bloomington, MN
55438-0901**

**2021 Dodge Ram 2500**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Ally Financial** | Describe debtor's property that is subject to a lien | $58,053.15 | $63,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380901
Bloomington, MN
55438-0901**

**2020 Ram 2500**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $45,689.71 | $51,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 380901**
**Bloomington, MN**
**55438-0901**

Creditor's mailing address

**2020 Ram 2500**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $40,754.12 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 8133**
**Cockeysville, MD 21030**

Creditor's mailing address

**2021 Ram 3500 (Vin #627150)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CIT Bank** | **Describe debtor's property that is subject to a lien** | $256,794.40 | $190,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 7056**
**Pasadena, CA 91109-9699**

Creditor's mailing address

**2019 John Deere Skidder 648L2 Serial/VIN**
**1DW648LBCKF702512**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Citizens Bank of Weston** | Describe debtor's property that is subject to a lien | $56,394.07 | $50,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**2022 Ram 2500**

**201 Main Avenue**
**Weston, WV 26452**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3710**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Citizens Bank of Weston** | Describe debtor's property that is subject to a lien | $18,795.42 | $20,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**2002 International (Vin#039052)**

**201 Main Avenue**
**Weston, WV 26452**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3711**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.8 | **Citizens Bank of Weston** | Describe debtor's property that is subject to a lien | $13,648.24 | $5,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**201 Main Avenue**
**Weston, WV 26452**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3712**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2002 International (Vin#044824)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **EBF Holdings** | **Describe debtor's property that is subject to a lien** | $35,721.48 | $5,717,704.08 |
|---|---|---|---|---|

Creditor's Name

**102 W. 38th Street**
**6th Floor**
**New York, NY 10018**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Lien on future receivables**

**Describe the lien**
**UCC OH00274346406**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First Citizens Bank & Trust Co.** | **Describe debtor's property that is subject to a lien** | $200,000.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**10201 Centurion Parkway N.**
**Jacksonville, FL 32256**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/07/2022**

**Last 4 digits of account number**

**Doosan DX 225 LC Serial DHKCEBBULH0008491**
**and**
**Robotec Power Rake with Saw RPA3045R43**

**Describe the lien**
**UCC OH00264830148**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $54,056.09 | $5,717,701.08 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |
| | **Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | **1st quarter 2022 941 3rd quarter 2022 941** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Statutory Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **07/10/2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $102,386.52 | $5,717,704.08 |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |
| | **Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | **4th quarter 2022 1st quarter 2023** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Statutory Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | **09/01/2023** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Name

| 2.13 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $102,003.52 | $5,717,704.08 |
|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346**

**All Assets 2nd quarter 2022 941 2nd quarter 2023 941 07/01/2022 2290 tax**

Creditor's mailing address

Describe the lien

**Statutory Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

**10/31/2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **John Deere Construction & Forestry Co.** | Describe debtor's property that is subject to a lien | $45,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street Johnston, IA 50131**

**John Deere 650K Crawler Dozer VIN 0T0650KKVMF406747 With log arch**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $57,887.49 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 6600 Johnston, IA 50131-6600**

**John Deere 550K Crawler Dozer (Serial No. 1T0550KKEGF306153) - voluntary repossession to Wesbanco**

Creditor's mailing address

Describe the lien

**UCC OH00260354003**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**02/16/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $287,408.71 | $150,000.00 |

**John Deere Financial**
Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/31/20022**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**John Deere 210GLC Excavator Base (Serial 1FF210GXCKF528056)**
**and Robotec Grapple Saw with Rotato Serial 16018711**

Describe the lien
**UCC OH00261651014**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $53,541.77 | $50,000.00 |

**John Deere Financial**
Creditor's Name

**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**John Deere 748H Grapple Skidder (Serial No. DW748HX614721)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Mitsubishi HC Capital** | | Describe debtor's property that is subject to a lien | $134,178.57 | $30,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**800 Connecticut Ave.**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2002 International VIN ending 0128**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Ohio Department of Job &** **Family Services** | Describe debtor's property that is subject to a lien | $3,617.62 | $5,717,704.08 |
|---|---|---|---|---|

Creditor's Name

**PO Box 182404**
**Columbus, OH 43218**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real and personal property in Belmont**
**County, Ohio**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/18/2023**
**Last 4 digits of account number**
**1047**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **U.S. Bank** | Describe debtor's property that is subject to a lien | $275,056.71 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 108**
**Saint Louis, MO 63166**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 Doosan DX225LC-5 Serial**
**DHKCEBBULH0001729**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.21 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | $159,063.11 | $5,717,704.08 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket Lien on all assets** | | |
| | **801 Tom Martin Drive Ste. 120 Birmingham, AL 35211** | **UCC File No. OH00242005698** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC OH 00242005698** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **06/20/2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7805** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.22 | **Wesbanco Bank, Inc.** | **Describe debtor's property that is subject to a lien** | $272,877.12 | $5,717,704.08 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all assets** | | |
| | **1 Bank Plaza Wheeling, WV 26003** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Lien OH00235633791** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **11/20/2019** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.23 | **Wesbanco Bank, Inc.** | **Describe debtor's property that is subject to a lien** | $858,459.30 | $5,717,704.08 |
|---|---|---|---|---|

---

Name

Creditor's Name

**Blanket lien on all assets**

**1 Bank Plaza**
**Wheeling, WV 26003**

**Recorded mortgage on 2 parcels of real estate**

Creditor's mailing address

Describe the lien
**UCC OH00235633802**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**11/20/2019**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,168,552.91** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Denise Snyder**<br>**Phillips, Gardill, Kaiser & Altmeyer**<br>**61 14th Street**<br>**Wheeling, WV 26003** | Line  **2.22** | |
| **Denise Snyder**<br>**Phillips, Gardill, Kaiser & Altmeyer**<br>**61 14th Street**<br>**Wheeling, WV 26003** | Line  **2.23** | |
| **Douglas Segerman**<br>**1160 Dublin Road**<br>**Suite 400**<br>**Columbus, OH 43215** | Line  **2.15** | |
| **Douglas Segerman**<br>**1160 Dublin Road**<br>**Suite 400**<br>**Columbus, OH 43215** | Line  **2.16** | |
| **Douglas Segerman**<br>**1160 Dublin Road**<br>**Suite 400**<br>**Columbus, OH 43215** | Line  **2.17** | |

---

Fill in this information to identify the case:

Debtor name **Aster Hardwoods, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF WEST VIRGINIA**

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163,015.92 | $163,015.92 |
|-----|-----|-----|-----|-----|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **P.O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **941 returns** | | |
| | | **1st quarter 2023** | | |
| | | **3rd quarter 2022** | | |
| | | **4th quarter 2022** | | |
| | | **4th quarter 2018** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,295.33 | $22,295.33 |
|-----|-----|-----|-----|-----|
| | **NYS Workers' Compensation Board** | *Check all that apply.* | | |
| | **P.O. Box 5529** | ☐ Contingent | | |
| | **13902-5529** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Workers' Comp taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,534.64 | $3,534.64 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Ohio Department of Job & Family Services**
**PO Box 182404**
**Columbus, OH 43218**

As of the petition filing date, the claim is: $3,534.64 | $3,534.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment taxes owed**

Last 4 digits of account number **6443**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address

**Ohio Department of Job & Family Services**
**PO Box 182404**
**Columbus, OH 43218**

As of the petition filing date, the claim is: $11,223.60 | $11,223.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment taxes owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Advanced Occupational**
**3330 Noyac Rd**
**Sag Harbor, NY 11963**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*       **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Auto-Owners Insurance**
**6101 Anacapri Blvd.**
**Lansing, MI 48917**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*       **$36,631.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Brickstreet Mutual Insurance Company**
**c/o Jenkins Fenstermaker, PLLC**
**PO Box 2688**
**Huntington, WV 25726-2688**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*       **$243,348.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**
**Case No. 24-C-175**

Is the claim subject to offset?  ■ No  ☐ Yes

No. 5:24-bk-00118   Doc 1   Filed 03/13/24   Entered 03/13/24 14:19:00   Page 36 of 64

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | CIT Bank<br>P.O. Box 7056<br>Pasadena, CA 91109-9699 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Deficiency Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | DeLage Landen Financial Servics, Inc.<br>PO Box 41602<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Deficiency claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,576.13** |
|---|---|---|---|
| | Dinsmore and Shohl, LLP<br>Attn: Jennifer Mason<br>1033 Court Street N<br>Lewisburg, WV 24901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,721.94** |
|---|---|---|---|
| | Emory Rothenbuhler<br>47126 Sunfish Creek Rd.<br>Beallsville, OH 43716-9592 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.00** |
|---|---|---|---|
| | Fireland Supply<br>21 S Norwalk Rd E.<br>Norwalk, OH 44857 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,346.93** |
|---|---|---|---|
| | Hart Fueling<br>16 Crozerville Rd.<br>Aston, PA 19014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,048.42** |
|---|---|---|---|
| | Heritage Cooperative<br> 1062 W High Ave<br>New Philadelphia, OH 44663 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Account Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Howard and JoAnn Schupbach**
c/o Eric M. Gordon
514 Seventh Street
Moundsville, WV 26041

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**
**Wetzel County, WV**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.63 |
|---|---|---|---|

**Hughes Office Equipment**
PO Box 278
Bellaire, OH 43906

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,500.00 |
|---|---|---|---|

**Jesse Lombardi**
c/o Bordas and Bordas, PLLC
1358 National Road
Wheeling, WV 26003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,641.45 |
|---|---|---|---|

**John Deere Financial**
PO Box 6600
Johnston, IA 50131-6600

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Line**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,873.07 |
|---|---|---|---|

**John Deere Financial**
PO Box 6600
Johnston, IA 50131-6600

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Line**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,688.67 |
|---|---|---|---|

**Kidwell Auto Parts**
413 First St.
Parsons, WV 26287

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346.86 |
|---|---|---|---|

**Leaf**
PO Box 742647
Cincinnati, OH 45274

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Balance**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,767.76 |
|---|---|---|---|

**Leslie Equipment**
Lillian Dr,
Fairmont, WV 26554

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,703.00 |
|---|---|---|---|

**LG Funding**
1218 Union Street
Brooklyn, NY 11225

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,740.00 |
|---|---|---|---|

**McBane Insurance Company**
262 2nd St,
Bergholz, OH 43908

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,208.88 |
|---|---|---|---|

**Meadowbrook Landfill**
488 Dawson Dr
Bridgeport, WV 26330

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.00 |
|---|---|---|---|

**MedExpress - Wheeling**
620 National Road
Wheeling, WV 26003

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Medical Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,112.76 |
|---|---|---|---|

**Mitsubishi Corporation**
151 West 42nd Street
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,898.80 |
|---|---|---|---|

**Mountain State Waiste**
108 Bald Hill Rd.
Mount Morris, PA 15349

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Account Balance__

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,110.00 |
|---|---|---|---|

**Perry & Associates, CPAs**
**128 S Marietta St,**
**Saint Clairsville, OH 43950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,455.81 |
|---|---|---|---|

**Rinker Oil and Propane**
**29 Water St**
**Cuba, NY 14727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.38 |
|---|---|---|---|

**Sky Oxygen**
**250 S Zane Hwy**
**Martins Ferry, OH 43935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,343.80 |
|---|---|---|---|

**Tucker County Landfill**
**WV-32**
**Thomas, WV 26292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,583.90 |
|---|---|---|---|

**West Florida Insurance Agency**
**3607 Clark Road**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Account Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 200,069.49 |
| 5b. Total claims from Part 2 | 5b. + | $ 670,678.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 870,747.68 |

Fill in this information to identify the case:

Debtor name   **Aster Hardwoods, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest    **Oil and gas lease for parcel 15-00112.000** | |
| State the term remaining | |
| List the contract number of any government contract    _____ | **Gulfport Appalachia, LLC**<br>**713 Market Drive**<br>**Oklahoma City, OK 73114** |

Fill in this information to identify the case:

Debtor name __**Aster Hardwoods, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF WEST VIRGINIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Aster Oilfield Services, Inc.** | **206 22nd Streeet Bellaire, OH 43906** | **Wesbanco Bank, Inc.** | ■ D __2.22__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Aster Oilfield Services, Inc.** | **206 22nd Streeet Bellaire, OH 43906** | **Wesbanco Bank, Inc.** | ■ D __2.23__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Michael Winland** | **206 22nd Street Bellaire, OH 43906** | **Wesbanco Bank, Inc.** | ■ D __2.22__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Michael Winland** | **206 22nd Street Bellaire, OH 43906** | **Wesbanco Bank, Inc.** | ■ D __2.23__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Aster Hardwoods, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **DeLage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | **2020 International (VIN 3HSDPAPT1LN123070)**<br>**2019 Hitachi Zaxis (VIN** | **02/05/2024** | **$100,000.00** |
| **Wesbanco Bank, Inc.**<br>**1 Bank Plaza**<br>**Wheeling, WV 26003** | **550 Dozer**<br>**Roto Chopper**<br>**759**<br>**John Deere 1110 Forder (003249)**<br>**Excavator**<br>**Waratah Tree Cutter (0002201)**<br>**Voluntary repo of assets to be sold and paid to Wesbanco claims** | **February 2023** | **Unknown** |
| **CIT Bank**<br>**P.O. Box 7056**<br>**Pasadena, CA 91109-9699** | **Skidder** | **2024** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Wesbanco Bank, Inc.**<br>**1 Bank Plaza**<br>**Wheeling, WV 26003** | **Offset payroll acccount**<br>Last 4 digits of account number: __**4931**__ | **March 13, 2024** | **$9,978.70** |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Aster Hardwoods, LLC v. Trumbull Corporation**<br>**2:23-cv-02807** | **Civil - Breach of Contract, Unjust Enrichment** | **United States District Court, SDOH**<br>**Columbus, OH 43215** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jesse Lombardi v. Aster Hardwoods, LLC.**<br>**21CV226** | **Civil** | **Belmont County Common Pleas Court**<br>**101 West Main Street**<br>**Saint Clairsville, OH 43950** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Howard Schupbah and Joann Schupbah v. Aster Hardwoods, LLC.**<br>**21-C-40** | **Civil** | **Circuit Court of Wetzel County WV**<br>**Main Strett**<br>**New Martinsville, WV 26155** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Aster Hardwoods LLC   Doc 1   Filed 03/13/24   Entered 03/13/24 14:19:00   Page 44 of 64

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | US Bank National Association v. Aster Hardwoods, LLC  et al.<br>24CV0028 | Civil | Belmont County Common Pleas Court<br>101 West Main Street<br>Saint Clairsville, OH 43950 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Bgt. Inc. v. Aster Hardwoods, LLC, et al.<br>CVF2300681 | Civil | Muskingum County Court<br>27 North 5th Street<br>Zanesville, OH 43701 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | EBF Holdings, LLC v. Aster Hardwoods, et al.<br>24CV0022 | Civil | Belmont County Common Pleas Court<br>101 West Main Street<br>Saint Clairsville, OH 43950 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | DeLage Landen Financial Services Inc. v. Aster Hardwoods LLC<br>23CV 0217 | Civil | Belmont County Common Pleas Court<br>101 West Main Street<br>Saint Clairsville, OH 43950 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Brickstreet Mutual Insurance Company v. Aster Hardwoods, LLC<br>24-C-175 | Civil | Circuit Court of Kanawha County, WV<br>111 Court Street<br>Charleston, WV 25301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Machine caught on fire | None - fixed out of pocket<br>Cost $40,000.00 to fix | Early 2023 | $40,000.00 |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Aster Hardwoods LLC    Doc 1    Filed 03/13/24    Entered 03/13/24 14:19:00    Page 45 of 64

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Davis & Kotur Law Office Co. LPA 407 A Howard Street Bridgeport, OH 43912 | $11,250 towards retainer | January 25, 2024 through March 7, 2024 | $11,250.00 |
|  | Email or website address |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Unknown | John Deere 650K Crawler Dozer VIN ending 406747 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
|  | Relationship to debtor |  |  |  |
| 13.2. | Unknown | John Deere Skidder 548E VIN 1DW548GXVEC658737 F/C Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
|  | Relationship to debtor |  |  |  |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>. | **Unknown** | **2015 Sea Doo  #97B515**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.4<br>. | **Unknown** | **2015 Ram 1500 #567013**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.5<br>. | **Unknown** | **2015 Fin Bark Blower #135186**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.6<br>. | **Unknown** | **2015 Polaris ATV #651151**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.7<br>. | **Unknown** | **2002 PJ Trailer #168531**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.8<br>. | **Unknown** | **2009 Outback #825096**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.9<br>. | **Unknown** | **2005 CMTR Trailer #075391**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | **November**<br>**2022** | **Unknown** |
| | **Relationship to debtor** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 0. | Unknown | 1996 Parker Utility Trailer #075391 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 1. | Unknown | 1992 Yamaha Water Craft #960325 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 2. | Unknown | 1996 Chevrolet Kodiak #960325 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 3. | Unknown | 1995 Parker UT #007269 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 4. | Unknown | 1994 Gdan Trailer #131523 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 5. | Unknown | 2018 Kobilco SK #210LC-10 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1 6. | Unknown | Robotec Powerake w/saw RPA #3045R43 Part of auction by Kaufman Auction Center - all proceeds paid to Wesbanco per UCC lien on ABA | November 2022 | Unknown |
| | Relationship to debtor | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>7. | | John Deere Compact Utility Trailer<br>#510071 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1<br>8. | | John Deere Utility Trailer #130482 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.1<br>9. | | John Deere Dozer #199153 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>0. | | Mulch Bagger #15-5271 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>1. | | Timko Forward 42100 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>2. | | John Deere Skid Steer #180524 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>3. | | Gene Manlift #N4888 | | |
| | Unknown | Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>4. | | **John Deere 329D #180526**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>5. | | **John Deere 420J #821535**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>6. | | **John Deere Compact Truct #270808**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>7. | | **John Deere Skidder  #BCKF702**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>8. | | **Robetec Grapple w/saw #09454200-1-1**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.2<br>9. | | **Kobelco Excavator #YQ15S00280**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>0. | | **Robotec Power Grappler Saw #1331131-1**<br>**Part of auction by Kaufman Auction**<br>**Center - all proceeds paid to Wesbanco**<br>**per UCC lien on ABA** | | |
| | Unknown | | November<br>2022 | Unknown |
| | Relationship to debtor | | | |

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>1. | Unknown | Kobelco Excavator #YQ15605037<br>Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>2. | Unknown | Kobelco Excavator #15339<br>Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>3. | Unknown | John Deere Excavator #526329<br>Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>4. | Unknown | John Deere Mower/Tractor #011460<br>Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>5. | Kleis Equipment | 2018 Kobelco<br>Part of auction by Kaufman Auction<br>Center - all proceeds paid to Wesbanco<br>per UCC lien on ABA | November<br>2022 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>6. | Unknown | Kobelco Excavator #YQ15605138 | 2023 | Unknown |
| | Relationship to debtor | | | |
| 13.3<br>7. | Winland Holdings, LLC | Transferred per divorce decree between<br>Michael Winland and Heather Williams<br>Winland | | $0.00 |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **57800 Barnesville Hendrysburg Rd. Barnesville, OH 43713** | **2015 - February 2022** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Triple B Trucking** **57978 Wright Road** **Barnesville, OH 43713** | Michael Winland and owner of Triple B Trucking have access to the storage yard. | Various equipment | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Lindsay Boyd**<br>**55363 Colerain Pike**<br>**Martins Ferry, OH 43935** | **2016 to early 2024** |
| 26a.2. **Bryan Morgan**<br>**12 Kelly Drive**<br>**Wheeling, WV 26003** | |
| 26a.3. **Maria Cominsky**<br>**110 Grandview Avenue**<br>**Tiltonsville, OH 43963** | **February 2024 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Perry & Associates, CPAs**<br>**128 S Marietta St,**<br>**Saint Clairsville, OH 43950** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Perry & Associates, CPAs**<br>**128 S Marietta St,**<br>**Saint Clairsville, OH 43950** | **Perry has copies of Aster books and records for tax preparation purposes.** |
| 26c.2. **Maria Cominsky**<br>**110 Grandview Avenue**<br>**Tiltonsville, OH 43963** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Nestor Hardwoods LLC    Doc 1    Filed 03/13/24    Entered 03/13/24 14:19:00    Page 54 of 64

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Winland | 206 22nd Street Bellaire, OH 43906 | Sole member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Michael Winland | $36,000.00 | Past year | Salary/compensation |
| | **Relationship to debtor** Sole Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 13, 2024__

__/s/ Michael Winland__                                    __Michael Winland__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __President/Owner__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

### United States Bankruptcy Court
### Northern District of West Virginia

In re   **Aster Hardwoods, LLC**      Case No. _____

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 11,250.00 |
| Balance Due | $ | 3,750.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 13, 2024** | **/s/ Kelly Gene Kotur** |
| *Date* | **Kelly Gene Kotur 11249** |
| | *Signature of Attorney* |
| | **Davis & Kotur Law Office Co. LPA** |
| | **407-A Howard Street** |
| | **Bridgeport, OH 43912** |
| | **(740) 635-1217   Fax: (740) 633-9843** |
| | **kellykotur@davisandkotur.com** |
| | *Name of law firm* |

---

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re    **Aster Hardwoods, LLC**                                    Case No. _____
                                    Debtor(s)                    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Winland<br>206 22nd Street<br>Bellaire, OH 43906** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 13, 2024**                    Signature    **/s/ Michael Winland**
                                                                    **Michael Winland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of West Virginia**

In re   **Aster Hardwoods, LLC**                                      Case No. _____
                                    Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **March 13, 2024**                        **/s/ Michael Winland**
                                    **Michael Winland**/**President/Owner**
                                    Signer/Title

Aster Hardwoods, LLC
206 22nd Street
Bellaire, OH 43906


Kelly Gene Kotur
Davis & Kotur Law Office Co. LPA
407-A Howard Street
Bridgeport, OH 43912


Advanced Occupational
3330 Noyac Rd
Sag Harbor, NY 11963


Ally Financial
P.O. Box 380901
Bloomington, MN 55438-0901


Ally Financial
P.O. Box 8133
Cockeysville, MD 21030


Aster Oilfield Services, Inc.
206 22nd Streeet
Bellaire, OH 43906


Auto-Owners Insurance
6101 Anacapri Blvd.
Lansing, MI 48917


Brickstreet Mutual Insurance Company
c/o Jenkins Fenstermaker, PLLC
PO Box 2688
Huntington, WV 25726-2688


CIT Bank
P.O. Box 7056
Pasadena, CA 91109-9699


Citizens Bank of Weston
201 Main Avenue
Weston, WV 26452


DeLage Landen Financial Servics, Inc.
PO Box 41602
Philadelphia, PA 19101

Denise Snyder
Phillips, Gardill, Kaiser & Altmeyer
61 14th Street
Wheeling, WV 26003


Dinsmore and Shohl, LLP
Attn: Jennifer Mason
1033 Court Street N
Lewisburg, WV 24901


Douglas Segerman
1160 Dublin Road
Suite 400
Columbus, OH 43215


EBF Holdings
102 W. 38th Street
6th Floor
New York, NY 10018


Emory Rothenbuhler
47126 Sunfish Creek Rd.
Beallsville, OH 43716-9592


Fireland Supply
21 S Norwalk Rd E.
Norwalk, OH 44857


First Citizens Bank & Trust Co.
10201 Centurion Parkway N.
Jacksonville, FL 32256


Gulfport Appalachia, LLC
713 Market Drive
Oklahoma City, OK 73114


Hart Fueling
16 Crozerville Rd.
Aston, PA 19014


Heritage Cooperative
 1062 W High Ave
New Philadelphia, OH 44663

Howard and JoAnn Schupbach
c/o Eric M. Gordon
514 Seventh Street
Moundsville, WV 26041


Hughes Office Equipment
PO Box 278
Bellaire, OH 43906


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jesse Lombardi
c/o Bordas and Bordas, PLLC
1358 National Road
Wheeling, WV 26003


John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131


John Deere Financial
PO Box 6600
Johnston, IA 50131-6600


Kidwell Auto Parts
413 First St.
Parsons, WV 26287


Leaf
PO Box 742647
Cincinnati, OH 45274


Leslie Equipment
Lillian Dr,
Fairmont, WV 26554


LG Funding
1218 Union Street
Brooklyn, NY 11225

McBane Insurance Company
262 2nd St,
Bergholz, OH 43908


Meadowbrook Landfill
488 Dawson Dr
Bridgeport, WV 26330


MedExpress - Wheeling
620 National Road
Wheeling, WV 26003


Michael Winland
206 22nd Street
Bellaire, OH 43906


Mitsubishi Corporation
151 West 42nd Street
New York, NY 10036


Mitsubishi HC Capital
800 Connecticut Ave.
Norwalk, CT 06854


Mountain State Waiste
108 Bald Hill Rd.
Mount Morris, PA 15349


NYS Workers' Compensation Board
P.O. Box 5529
13902-5529


Ohio Department of Job & Family Services
PO Box 182404
Columbus, OH 43218


Perry & Associates, CPAs
128 S Marietta St,
Saint Clairsville, OH 43950


Rinker Oil and Propane
29 Water St
Cuba, NY 14727

Sky Oxygen
250 S Zane Hwy
Martins Ferry, OH 43935


Tucker County Landfill
 WV-32
Thomas, WV 26292


U.S. Bank
P.O. Box 108
Saint Louis, MO 63166


U.S. Small Business Administration
801 Tom Martin Drive
Ste. 120
Birmingham, AL 35211


Wesbanco Bank, Inc.
1 Bank Plaza
Wheeling, WV 26003


West Florida Insurance Agency
 3607 Clark Road
Sarasota, FL 34233

## United States Bankruptcy Court
### Northern District of West Virginia

In re   **Aster Hardwoods, LLC**

_____
Debtor(s)

Case No. _____
Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aster Hardwoods, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 13, 2024**
_____
Date

**/s/ Kelly Gene Kotur**
_____
**Kelly Gene Kotur 11249**
Signature of Attorney or Litigant
Counsel for   **Aster Hardwoods, LLC**
_____
**Davis & Kotur Law Office Co. LPA**
**407-A Howard Street**
**Bridgeport, OH 43912**
**(740) 635-1217 Fax:(740) 633-9843**
**kellykotur@davisandkotur.com**